# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

| | | |
|---|---|---|
| Julia Resendez | **PRINCIPAL** | United States |
| A202 125 577 | YOB: 1982 | |

## CRIMINAL COMPLAINT

Case Number:

**M-14-1942-M**

United States District Court
Southern District of Texas
**FILED**

**OCT 05 2014**

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 3, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jose Abel Morales-Duvon, citizen and national of El Salvador, and Osmar Oswaldo Velasquez-Cardona, citizen and national of Guatemala, along with (14) other undocumented aliens, for a total of sixteen (16), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)   FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On October 2, 2014, Border Patrol Agents responded to a vehicle roll over north of Sullivan City, Texas. Several undocumented aliens were being transported in the bed of a pickup truck, and one female was fatally injured as a result of the crash.**

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

**Derek Conrow    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

October 5, 2014                                         at   McAllen, Texas
Date                                                              City and State

**Dorina Ramos**, U. S. Magistrate Judge
Name and Title of Judicial Officer                  Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-1942-M

**RE:** **Julia Resendez**

**CONTINUATION:**

One undocumented alien from incident was taken on a custodial interview, leading agents to two houses he said were being used to harbor illegal aliens. One of the houses he identified is located at 112 Ebony St. in Sullivan City, Texas.

Agents conducted surveillance on the residence mentioned, and saw a woman, later identified as Julia RESENDEZ, a USC, leaving the residence. RESENDEZ granted agents consent to search the house for illegal aliens, and agents discovered 3 undocumented aliens inside the house and 13 undocumented aliens in a separated structure on the property, for a total of 16 undocumented aliens. Two of the illegal aliens found on the property appeared to be injured, and stated they were involved in a vehicle accident the day before.

**PRINCIPAL'S STATEMENT:**

Julia RESENDEZ was read her rights. She stated she was willing to provide a statement without the presence of an attorney.

RESENDEZ told agents she has harbored illegal aliens on two occasions, even though she was aware it is illegal to do so. She stated, that on the day of her arrest, there were approximately 14 illegal aliens at her house. According to RESENDEZ, she was to be paid $10 per illegal alien she harbored.

**NOTE:** RESENDEZ has been involved in 5 different alien smuggling events previously, but was not prosecuted in any of them.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide a statement without the presence of an attorney.

1- Jose Abel Morales Duron [Ruben] told agents he is a citizen of El Salvador, who illegally entered the United States after being charged $7,000 (USD) to be smuggled to California. After crossing the river, Morales was transported to the house where he was arrested. There, an unidentified man told him to go to a back room in the house, and a woman told them to stay there. The next morning, the woman advised the group of illegal aliens to stay inside the house because there were a lot of undercover cops driving around the neighborhood. She told the group the cops were probably going to raid the house. Morales told agents the female was the only one in charge of the house while he was there. Morales identified RESENDEZ in a photo lineup as the female in charge of the house where he was arrested.

2- Osmar Oswaldo Velasquez-Cardona told agents he is a citizen of Guatemala, who illegally entered the United States after being charged $3,600 (USD) to be smuggled to California. After crossing the river, Velasquez was transported to the house where he was arrested. There, a woman arrived and told the group she would see when the group was going to be smuggled north. She also told them, if she had time, she would wash their clothes. The woman then gave them blankets and told them where to sleep. Velasquez identified RESENDEZ in a photo lineup as the woman in charge of the house where he was arrested.